MITCHELL, KEVIN J.

Verizon Wireless Claim no. 2  Acct. 6328

1977080
PAY TO THE ORDER OF

Bankruptcy Ct. Eastern District LA
c/o Clerk of Court
500 Poydras St. B-601
New Orleans, LA 70130

10-13984

**BANK OF AMERICA, N.A.**  CHECK NUMBER

Barbara Rivera-Fulton, Trustee
P.O. BOX 19980
New Orleans, LA 70179

32-1/1110 TX
0

CHECK NUMBER: 1009

DATE: 09/19/11

AMOUNT: **********26.96

| CASE NUMBER | ESTATE OF |
|---|---|
| 10-13984  B | Debtor: MITCHELL, KEVIN J. |

Twenty Six Dollars And 96/100

*Barbara Rivera Fulton*
RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈ 00121: 443797971 3⑈

```
UNITED STATES
BANKRUPTCY COURT
 EASTERN DISTRICT OF LOUISIANA
    NEW ORLEANS DIVISION

 # 229110    - KW
 * * C O P Y * *
 September 23, 2011
     15:13:36

   TREASURY REGFUND
       10-13984
Debtor.: KEVIN J. MITCHELL
Trustee: Barbara Rivera-Fulton
Amount.:           $26.96 CH
Check#.: 1009




Total-> $26.96



FROM: RIVERA-FULTON
```

9/23/11
DEPOSIT TO 106000
DUE:
VERIZON WIRELESS

CVogel

**Barbara Rivera-Fulton**
Chapter 7 Trustee
(504) 861-9200

P.O. Box 19980
New Orleans, Louisiana 70179

September 19, 2011

Clerk of Court
U.S. Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans, LA  70130

     RE:   MITCHELL, KEVIN J., USBC No. 10-13984 B

Dear Clerk:

Enclosed please find a check payable to the U. S. Bankruptcy Court for $26.96 drawn on the account for the above bankruptcy estate which represents the funds issued to Verizon Wireless, Claim No. 2 account number 6328. The creditor did not cash the check within the 90 days allowed by 11 U.S.C. §347(a).

Accordingly, I ask that you please deposit the funds in the registry of the court as per 11 U.S.C. §347(a).

                    Very truly yours,

                    *Barbara Rivera-Fulton*

                    **Barbara Rivera-Fulton**
                    **Chapter 7 Trustee**

enclosure